**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Francisco ROJAS, Defendant–
Appellant.**

No. 05–41127
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Amador C. Garcia, Corpus Christi, TX, for Defendant–Appellant.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appointed counsel for Juan Francisco Rojas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rojas has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Our independent review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.